UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ALDANA SOSA,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>　　　　　　　　　　Respondents. | Case No.: 3:25-cv-3396-CAB-JLB<br><br>**ORDER REQUIRING A BOND HEARING** |

Pending before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Mario Aldana Sosa ("Petitioner"). [Doc. No. 1.] Petitioner asserts he is being detained by Immigration and Customs Enforcement ("ICE") without a bond hearing in violation of 8 U.S.C. § 1226(a) and the Fifth Amendment. [*Id.* at 11–16.] On December 25, 2025, Respondents filed a supplemental brief stating that:

> Petitioner appears to be a member of the Bond Eligible Class certified in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, --- F. Supp. 3d ---, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025). The *Bautista* court has entered final judgement as to the Bond Eligible Class. *Bautista*, ECF No. 94. Accordingly, Respondents acknowledge that Petitioner is detained under 8 U.S.C. § 1226(a) and [is] entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a).

[Doc. No. 18 at 2.]

1

The Court thus **ORDERS** Respondents to provide Petitioner an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated regulations within 14 days of the date of this order. Respondents are further **ORDERED** to notify this Court on the status of Petitioner's bond hearing by **January 14, 2026**.

It is **SO ORDERED.**

Dated: December 29, 2025

_____
Hon. Cathy Ann Bencivengo
United States District Judge