UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ALDANA SOSA,<br><br>                              Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>                              Respondents. | Case No.:  3:25-cv-3396-CAB-JLB<br><br>**ORDER DISMISSING AND CLOSING CASE** |

Petitioner Mario Aldana Sosa filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  After Respondents acknowledged that Petitioner was detained under 8 U.S.C. § 1226(a) pursuant to the final judgment in *Maldonado Bautista v. Noem*, No. 5:25-cv-1873-SSS-BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025), this Court ordered a bond hearing under § 1226(a) and its associated regulations.  [Doc. No. 19.]  Petitioner subsequently received a bond hearing on January 12, 2026.  [Doc. No. 20.]  Petitioner has received the relief he requested and so the Court **DISMISSES** the case.  <u>The Clerk of the Court shall close the case.</u>

It is **SO ORDERED**.

Dated: February 26, 2026

_____

Hon. Cathy Ann Bencivengo
United States District Judge

1